IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED
USDC CLERK, CHARLESTON, SC
2005 NOV 14  P 2:00

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) | MISC. NO. 2:05MC63-PMD |
| OF THE UNITED STATES OF AMERICA ) | |
| FOR AN AMENDED ORDER AUTHORIZING ) | |
| CONTINUED INTERCEPTION OF WIRE ) | **ORDER UNDER SEAL** |
| COMMUNICATIONS OCCURRING OVER ) | |
| CELLULAR TELEPHONE (843) 325-6981 ) | |

**AMENDED ORDER TO SERVICE PROVIDER**

This matter comes before the Court pursuant to the Application of the United States of America seeking an Amendment to an Order that authorized the continued interception of wire communications, pursuant to Title 18, United States Code, Section 2518, to and from the cellular telephone identified by telephone number (843) 325-6981, having electronic serial number (ESN) 355605008426204 and international mobile system identifier (IMSI) 310150005511844 (hereinafter referred to as the "**Target Telephone**"), which is subscribed to by Rodrigo AGUILAR, with a billing address of 1155 Indigo Avenue, Apartment #45, Georgetown, South Carolina. On November 3, 2005, this Court issued the heretofore-mentioned Order that authorized the continued interception of wire communications occurring over the **TARGET TELEPHONE** (which is hereafter referred to as the Original Extension Order).

This Court, having reviewed the Application for an Amendment to the Original Extension Order, which was made pursuant to Title 18, United States Code, Sections 3117, 3122, 3123(b)(1)(C) and 2703(d), declares that it is:

ORDERED that Cingular Wireless facilitate the use of a pen register and trap and trace device to record numbers dialed or pulsed from the **TARGET TELEPHONE** and to record the

1



date and time of such dialings or pulsings, and the length of time the **TARGET TELEPHONE** is in service for incoming or outgoing calls and that such information is provided to the DEA, including said information for calls made during the period of time between November 13, 2005 and the implementation date and time of this Amended Order by Cingular Wireless; and is further

ORDERED that Cingular Wireless shall examine the **TARGET TELEPHONE** and determine if it is equipped with a CALLER IDENTIFICATION ("CALLER ID") feature as is supplied by Cingular Wireless to retail customers.  If the **TARGET TELEPHONE** is not equipped with a CALLER ID feature, Cingular Wireless is to add to the existing service the CALLER ID feature with no record of said feature going to the subscriber of the **TARGET TELEPHONE** and that such information yielded from the CALLER ID device be provided to the DEA, including information pertaining to calls made during the period of time between November 13, 2005 and the implementation date and time of this Amended Order by Cingular Wireless.  Cingular Wireless shall take all necessary steps to insure that the addition of said feature shall not be reflected on the customer's bill or in any other way be disclosed to the customer; and it is further

ORDERED that, if technologically feasible, Cingular Wireless shall provide agents of the DEA with information yielded from a cellular telephone digital and cell site monitor system and mobile tracking device; and it is further

ORDERED that, Cingular Wireless shall be compensated by DEA for the reasonable expenses incurred through their compliance with this Amended Order; and it is further

2

ORDERED that, all other aspects of the Original Extension Order shall remain in effect and that this Amended Order shall expire upon the same expiration date and time as the Original Extension Order; and it is further

ORDERED that this Amended Order be sealed, except that copies of this Amended Order may be served upon those individuals and institutions necessary to accomplish the requirements set-forth in this Amended Order.

IT IS SO ORDERED this 14th day of Nov, 2005.

PATRICK MICHAEL DUFFY
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina